# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MARION W. OWES, | : | |
| Plaintiff, | : | |
| vs. | : | CA 01-0307-CB-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 25, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of February, 2008.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**